## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL D. SLAY, | |
| Plaintiff, | Case No. 1:19-cv-02214-BYP |
| v. | Honorable Judge Benita Y. Pearson |
| BLUESTEM BRANDS, INC., d/b/a FINGERHUT, | |
| Defendant. | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Michael D. Slay ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant Bluestem Brands, Inc., d/b/a Fingerhut, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 20th day of February 2020.

                                          Respectfully submitted,

                                        *s/ Marwan R. Daher*
                                        Marwan R. Daher
                                        Sulaiman Law Group, Ltd.
                                        2500 S. Highland Avenue, Suite 200
                                        Lombard, IL 60148
                                        Phone: (630) 575-8181
                                        mdaher@sulaimanlaw.com
                                        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                            *s/ Marwan R. Daher*_____
                                            Marwan R. Daher