PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL D. SLAY, | ) | |
| | ) | CASE NO. 1:19CV2214 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| BLUESTEM BRANDS, INC., *etc.*, | ) | |
| | ) | |
| Defendant. | ) | **ORDER OF DISMISSAL** |

The Court has been informed by Plaintiff's Notice of Settlement (ECF No. 16) that the parties have reached a settlement. Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before March 23, 2020, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

The Telephonic Status Conference set for February 21, 2020 is cancelled.

IT IS SO ORDERED.

 February 20, 2020          */s/ Benita Y. Pearson*
Date                                             Benita Y. Pearson
                                                       United States District Judge